UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| COZETTE A. JURANITS, | ) |
| | ) |
| Plaintiff, | ) No. 2:16-cv-01966-TLN-CKD |
| | ) |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter having come before the Court on the Plaintiff's unopposed motion for

a 28-day extension of time to file her Motion for Summary Judgment and Memorandum

in Support, it is hereby ordered that Plaintiff's motion for an extension of time is granted

and Plaintiff's deadline to file the Motion for Summary Judgment and Memorandum in

Support is extended to February 23, 2017.

Dated: January 24, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE